USDC-BALTIMORE
'26 APR 8 PM1:12

UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

James W. Alley, Jr.,

Plaintiff,

v.

Surgical Care Affiliates, LLC,

Defendant.

Civil Action No: ABA 26 CV 01376

COMPLAINT

1. This is an action for employment discrimination under the Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 621.

2. Plaintiff James W. Alley, Jr. is an individual residing in Grantsville, Maryland.

3. Defendant Surgical Care Affiliates, LLC is a corporation doing business in the United States, with its principal office at 569 Brookwood Village, Suite 901, Birmingham, Alabama.

JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. § 1331 and the Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 621.

5. Venue is proper in this district because the events giving rise to this claim occurred in this district and Plaintiff worked in this district.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC), Charge No. 531-2026-00531.

7. The EEOC issued a Dismissal and Notice of Rights dated January 7, 2026.

8. Plaintiff files this action within ninety (90) days of receipt of the EEOC's Notice of Right to Sue.

FACTS

9. Plaintiff is over the age of 40 and was qualified for his position.

10. Plaintiff had extensive experience and performed his job duties competently.

11. Plaintiff was subjected to adverse employment actions, including discipline and termination.

12. Younger employees and/or offshore workers were treated more favorably under similar circumstances.

13. Plaintiff was terminated on or about January 14, 2025.

14. Defendant's actions were based on Plaintiff's age and in retaliation for opposing unfair and discriminatory treatment.

CLAIMS

Count I – Age Discrimination (ADEA)

15. Plaintiff realleges and incorporates the preceding paragraphs.

16. Defendant discriminated against Plaintiff because of his age.

17. Defendant's conduct was willful.

Count II – Retaliation

18. Plaintiff realleges and incorporates the preceding paragraphs.

19. Defendant retaliated against Plaintiff for engaging in protected activity, including opposing unfair treatment.

RELIEF REQUESTED

Plaintiff requests:

a. Compensatory damages;

b. Back pay and front pay;

c. Liquidated damages under the ADEA;

d. Costs of suit;

e. Any other relief the Court deems just and proper.

JURY DEMAND

Plaintiff demands a trial by jury.

Respectfully submitted,

James W. Alley, Jr.

(Pro Se)

1541 National Pike

Grantsville, MD 21536

(240) 415-1201

jjskies@gmail.com

Date: 04/04/2026